UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| GARY ALAN PHILLIPS, JR., } | |
| Plaintiff, } | |
| v. } | Case No.: 5:15-cv-01628-RDP |
| CHRIS HILL, } | |
| Defendant. } | |

## MEMORANDUM OPINION

On January 26, 2018, the Magistrate Judge's Report and Recommendation (Doc. # 24) was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. No objections were filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the recommendations of the Magistrate Judge that the court grant Defendant's Motion for Summary Judgment (Docs. # 22, 23) and dismiss Plaintiff's claims with prejudice.

A separate order in accordance with the Memorandum Opinion will be entered.

**DONE** and **ORDERED** this February 14, 2018.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE